

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 13, 2019

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Rushmore Loan Management Services, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 13-12466-mkn |
| Willie N. Moon and Adnette M. Gunnels-Moon, | Chapter 13 |
| Debtors. | **ORDER DENYING DEBTORS' MOTION IN LIMINE AND TO STRIKE RUSHMORE'S LATE FILED PROOF OF COMPLIANCE AND WITNESS LIST AND EXHIBITS (ECF NO. 135)** |

This matter came before the court on debtors' motion in limine and to strike Rushmore's late filed proof of compliance and witness list and exhibits (ECF No. 135).  Darren T. Brenner, Esq. and William S. Habdas, Esq. appeared for Rushmore.  Christopher P. Burke, Esq. appeared for Willie N. Moon and Adnette M. Gunnels-Moon.

…

50155306;1

The court having considered the motion and the entire record in this matter hereby rules as follows:

**IT IS HEREBY ORDERED THAT** all relief sought by the debtors in the motion in limine is denied without prejudice.

**IT IS FURTHER ORDERED THAT** the denial is without prejudice for the limited purpose to allow debtors—if they prevail on their motion for sanctions—to claim any fees related to bringing the motion in limine as part of a fee award.

**IT IS FINALLY ORDERED THAT** the requirements of Local Bankruptcy Rule 9021 are waived, as counsel for debtors stated on the record he did not wish to review the order before filing.

*Respectfully Submitted:*

**AKERMAN LLP**

/s/ *William S. Habdas*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Rushmore Loan Management Services, LLC*

2

50155306;1

## **LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling that:

    X    The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing and each has approved or disapproved the order, or failed to respond as indicated below:

_____ I certify this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

_____ This Order is the result of a stipulation entered into between the parties and simply restates the language of said stipulation, which the relevant parties have approved.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

**AKERMAN LLP**

/s/ *William S. Habdas*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Rushmore Loan Management Services, LLC*

50155306;1