NVB 8010–4 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–13–12466–mkn<br>CHAPTER 13 |
| WILLIE N. MOON and ADNETTE M. GUNNELS–MOON | |
| Debtor(s) | Appeal Reference Number: 20–06 (CROSS APPEAL 20–08)<br>BAP Number: NV–20–1057; (NV–20–1070 CROSS–APPEAL) |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC<br>Appellant(s) | |
| vs | CERTIFICATE OF READINESS TO BANKRUPTCY APPELLATE PANEL |
| WILLIE N. MOON & ADNETTE M. GUNNELS–MOON<br>Appellee(s) | |

To:   Bankruptcy Appellate Panel
      125 South Grand Avenue,
      Pasadena, CA 91105

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies that the Statement of Issues, Designation of Record, and transcripts have been filed, and the record on appeal is complete.

Dated: 4/24/20

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court