Leib M. Lerner
(CA Bar No. 227323)
Jacob A. Johnson
(GA Bar No. 849407)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Fl.
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
leib.lerner@alston.com
jacob.johnson@alston.com
*Admitted Pro Hac Vice*

and

James A. Kohl, Esq.
Nevada Bar No. 5692
Cami M. Perkins, Esq.
Nevada Bar No. 9149
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
jkohl@howardandhoward.com
cperkins@howardandhoward.com

*Attorneys for Rushmore Loan Management Services, LLC*

Christopher P. Burke, Esq.
**CHRIS P. BURKE & ASSOCIATES**
218 S. Maryland Parkway
Las Vegas, NV 89101

*Attorney for Willie N. Moon and Adnette M. Gunnels-Moon*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Willie N. Moon and Adnette M. Gunnels-Moon,<br><br>　　　　　Debtors. | Bankr. Case No. 2:13-bk-12466-mkn<br><br>Chapter 13<br><br>**RUSHMORE LOAN MANAGEMENT SERVICES, LLC'S AND DEBTORS' STIPULATON: (I) DISSOLVING BOND AND (II) RELEASING FUNDS FROM THE COURT'S REGISTRY** |

1  Rushmore Loan Management Services, LLC ("*Rushmore*") and Adnette M. Gunnels-Moon
2  and Willie N. Moon ("*Debtors*" collectively with Rushmore, the "*Parties*") have settled all disputes
3  between them. To further effectuate their settlement, the Parties, by and through their respective
4  counsel of record in the above-captioned proceeding, hereby stipulate as follows:

5  The Debtors have waived any right to or claim against the $300,742.10 bond by Argonaut
6  Insurance Company, Doc. 228 (the "*Bond*"). Accordingly, the Parties request entry of the attached
7  proposed order dissolving the Bond and directing the return of any cash value to Rushmore.

8  The Debtors have waived any right to or claim against any sums paid by Rushmore into the
9  registry of the Court, including the $67,007.94 per Docs. 271 and 273, receipt number 240457, and
10 $3,500.00 per Docs. 352 and 353, receipt number 240688 (the "*Sums in Registry*"). Accordingly,
11 the Parties request entry of the attached proposed order directing the Clerk to promptly return the
12 Sums in Registry to Rushmore with all interest thereon upon Rushmore's transmittal to the Court's
13 finance department of a properly completed Form AO 213, as required by LR 7067.

Dated: October 19, 2023

/s/ Christopher P. Burke

Christopher P. Burke, Esq.
Nevada Bar No. 004093
**CHRIS P. BURKE & ASSOCIATES**
218 S. Maryland Parkway
Las Vegas, NV 89101
*Attorney for Willie N. Moon and Adnette M. Gunnels-Moon*

/s/ Cami M. Perkins

James A. Kohl, Esq.
Nevada Bar No. 5692
Cami M. Perkins, Esq.
Nevada Bar No. 9149
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169

And

Leib M. Lerner (CA Bar No. 227323)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
*Admitted Pro Hac Vice*

Jacob A. Johnson (GA Bar No. 849407)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
*Admitted Pro Hac Vice*

*Attorneys for Rushmore Loan Management Services, LLC*

### ORDER APPROVING STIPULATION: (I) DISSOLVING BOND AND (II) RELEASING FUNDS FROM THE COURT'S REGISTRY

Pursuant to the stipulation of Rushmore Loan Management Services, LLC ("*Rushmore*") and Adnette M. Gunnels-Moon and Willie N. Moon ("*Debtors*" collectively with Rushmore, the "*Parties*"),

**IT IS HEREBY ORDERED THAT:**

1. The $300,742.10 bond by Argonaut Insurance Company, Doc. 228, is hereby dissolved. Any cash value of such Bond shall be paid to Rushmore.

2. Upon Rushmore's transmittal of a properly completed Form AO 312 to the Court's finance department, the Clerk is hereby directed to pay all Sums in Registry, namely—

    (a) $67,007.94, per Docs. 271 and 273, receipt number 240457, and

    (b) $3,500.00, per Docs. 352 and 353, receipt number 240688,

with all interest accrued thereon—to Rushmore. Rushmore's name, mailing address (for receipt of such funds), and tax identification number (TIN) are as follows:

>  **Rushmore Loan Management Services, LLC**
>
>  **PO Box 514707, Los Angeles, CA 90051-4707**
>
>  **TIN: 26-3416474**

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

4858-5230-3752, v. 1