UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 5 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: WILLIE N. MOON; ADNETTE M. GUNNELS-MOON, <br><br>            Debtors, <br>_____ <br><br> WILLIE N. MOON; ADNETTE M. GUNNELS-MOON, <br><br>            Appellants, <br><br> v. <br><br> RUSHMORE LOAN MANAGEMENT SERVICES, LLC, <br><br>            Appellee. | No.   23-15365 <br><br> D.C. Nos.   2:22-cv-01126-APG <br>                     2:22-cv-01155-APG <br> District of Nevada, <br> Las Vegas <br><br> ORDER <br><br> **RE: APL 22-12** <br><br> **RE: APL 22-14** <br><br> **BK 13-12466 MKN** |
| In re: WILLIE N. MOON; ADNETTE M. GUNNELS-MOON, <br><br>            Debtors, <br>_____ <br><br> RUSHMORE LOAN MANAGEMENT SERVICES, LLC, <br><br>            Appellant, <br><br> v. <br><br> WILLIE N. MOON; ADNETTE M. GUNNELS-MOON, <br><br>            Appellees. | No.   23-15460 <br><br> D.C. Nos.   2:22-cv-01126-APG <br>                     2:22-cv-01155-APG |

Pursuant to the parties' stipulated motion (Docket Entry No. 23), these appeals are voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:


By: Robert Kaiser
Circuit Mediator